| | |
|---|---|
| STEVEN QUINTANILLA (SBN 161578)<br>City Attorney<br>steveq@qalawyers.com<br>ROBERT J. LEE (SBN 219829)<br>Deputy City Attorney<br>rlee@qalawyers.com<br>LAW OFFICES OF QUINTANILLA & ASSOCIATES<br>42222 Rancho Las Palmas Drive #176<br>Rancho Mirage, California 92270<br>Tel: 760.993.3702<br><br>GUSTAVO LAMANNA (SBN 231373)<br>gustavo.lamanna@gmail.com<br>Attorney at Law<br>11599 Gateway Boulevard<br>Los Angeles, California 90064<br>Tel: 310.277.2146<br>Fax: 424.369.5555<br><br>*Attorneys for Defendant*<br>CITY OF RANCHO MIRAGE | MELINDA A. GREEN (SBN 261627)<br>Mg637m@att.com<br>AT&T SERVICES, INC.<br>2260 East Imperial Highway, Floor 3<br>El Segundo, California 90245<br>Tel: 310.964.1044<br>Fax: 310.964.0843<br><br>DOUGLAS W. SULLIVAN (SBN 88136)<br>dsullivan@crowell.com<br>TRACY E. REICHMUTH (SBN 215458)<br>treichmuth@crowell.com<br>CROWELL & MORING LLP<br>3 Embarcadero Center, 26th Floor<br>San Francisco, California 94111<br>Tel: 415.986.2800<br>Fax: 415.986.2827<br><br>NATHANIAL J. WOOD (SBN 223547)<br>nwood@crowell.com<br>CROWELL & MORING LLP<br>515 South Flower Street, 40th Floor<br>Los Angeles, California 90071<br>Tel: 213.622.4750<br>Fax: 213.622.2690<br><br>*Attorneys for Plaintiff*<br>NEW CINGULAR WIRELESS PCS, LLC D/B/A AT&T MOBILITY |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC, D/B/A AT&T MOBILITY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RANCHO MIRAGE,<br><br>    Defendant. | Case No. 5:18-cv-02236 FMO(SPx)<br><br>ORDER APPROVING STIPULATION [21] TO DISMISS WITH PREJUDICE<br><br>Complaint Served:<br>Jan. 9, 2019   Current Response Date:<br>Mar. 1, 2019  Proposed Response Date:<br>Apr. 1, 2019<br><br>Judge: Honorable Fernando M. Olguin |

|   |   |
|---|---|
| 1 | The Court, having considered the stipulation of the parties, and good cause |
| 2 | appearing therefore, orders as follows: |
| 3 |     1.    This action is dismissed with prejudice pursuant to Rule 41(a)(2) of the |
| 4 | Federal Rules of Civil Procedure. |
| 5 |     2.    Each party shall bear its own costs and attorneys' fees. |
| 6 |     3.    Pursuant to the Stipulation of the parties, dismissal of the action shall |
| 7 | not create or act as collateral estoppel in any future litigation. |

**IT IS SO ORDERED.**

Date: May 13, 2019

                                        /s/
                            Honorable Fernando M. Olguin
                            United States District Judge